

IN THE
TENTH COURT OF APPEALS

No. 10-11-00322-CV

EX PARTE DAVID ALEXANDER DESOUSA

From the 272nd District Court
Brazos County, Texas
Trial Court No. 11-000764-CV-272

MEMORANDUM  OPINION

Appellant, the State of Texas, has presented a motion to dismiss its appeal.  The

motion is granted.

This appeal is dismissed.  TEX. R. APP. P. 42.1(a); 42.3(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 26, 2011
[CV06]